**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

LISA L. LOUISON,

    Plaintiff,

v.

BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC., and EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

CIVIL NO. 1:12-cv-01107-LMB-TCB

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:  TransUnion Corp.

    2.    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a.    Trans Union LLC is wholly owned by TransUnion Corp., which is wholly owned by TransUnion Holding Company, Inc. TransUnion Holding Company, Inc., is jointly owned by a number of non-public funds affiliated with Advent International Corp. and GS Capital Partners. GS Capital Partners is an affiliate of Goldman Sachs Group, Inc., a publicly traded entity.

    b.    No public company owns 10 percent or more of the stock in Trans Union LLC.

Respectfully submitted,

/s/
Grant E. Kronenberg
Virginia Bar Number: 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Telephone: (804) 344-8300
Facsimile:  (804) 344-8539
Email: gkronenberg@morrismorris.com

DATED:  November 14, 2012.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

| | |
|---|---|
| Leonard Anthony Bennett | Anand Vijay Ramana |
| lenbennett@cox.net | aramana@mcguirewoods.com |
| Consumer Litigation Associates | McGuireWoods LLP (DC) |
| 763 J. Clyde Morris Blvd, Suite 1A | 2001 K Street NW, Suite 400 |
| Newport News, VA 23601 | Washington, DC 20006-1040 |
| Telephone: (757) 930-3660 | Telephone: (202) 857-1734 |
| Facsimile: (757) 930-3662 | Facsimile: (202) 828-2973 |
| and | ***Counsel for Bank of America, N.A.*** |
| Andrew Joseph Guzzo | |
| aguzzo@siplfirm.com | |
| Kristi Cahoon Kelly | |
| kkelly@siplfirm.com | |
| Surovell Isaacs Petersen & Levy PLC | |
| 4010 University Dr, Suite 200 | |
| Fairfax, VA 22030 | |
| Telephone: (703) 277-9774 | |
| Facsimile: (703) 591-9285 | |
| ***Counsel for Plaintiff*** | |

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/
Grant E. Kronenberg
Virginia Bar Number: 65647
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Telephone: (804) 344-8300
Facsimile: (804) 344-8539
Email: gkronenberg@morrismorris.com