IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LISA L. LOUISON, )
)
    Plaintiff, )
)
v. ) 1:12cv1107 (LMB/TCB)
)
BANK OF AMERICA, N.A., et al., )
)
    Defendants. )

## ORDER

The parties advised the Court on April 15, 2013, that this litigation has been resolved, and consent orders have been entered dismissing the claims against three defendants, Experian Information Solutions, Inc., Equifax Information Services, LLC., and Trans Union, LLC. See Dkt. Nos. 29, 30, 31. Bank of America, N.A., is the only remaining defendant in this case, and as of the close of business on May 2, 2013, no consent order has been filed dismissing the claims against it. Accordingly, it is hereby

ORDERED that the plaintiff show cause within ten (10) business days as to why this civil action should not be dismissed.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of May, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge